### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

---

JAMES M. GALLIGAN,                         Civil File No. 10-CV-2536 EFM/KGG

       Plaintiff,

vs.                                                   **NOTICE OF DISMISSAL**
                                                          **WITH PREJUDICE**

ER SOLUTIONS, INC.,

       Defendant.

---

       **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                               Respectfully submitted,

Dated:  October 21, 2010                  /s/ J. Mark Meinhardt
                                                      J. Mark Meinhardt KS # 20245
                                                      4707 College Blvd, Suite 100
                                                      Leawood, KS 66211
                                                      (913) 451-9797 (Telephone)
                                                      (913) 451-6163 (Facsimile)
                                                      meinhardtlaw@sbcglobal.net

                                                      **ATTORNEY FOR PLAINTIFF**